DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MOISES CARRANZA-AMBRIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MOISES CARRANZA-AMBRIZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:10-cr-00180 LJO <br><br> STIPULATION TO CONTINUE <br> STATUS CONFERENCE HEARING; <br> ORDER THEREON <br><br> Date: October 28, 2011 <br> Time: 9:00 a.m. <br> Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for October 14, 2011, **may be continued to October 28, 2011, at 9:00 a.m.**

The parties request this brief extension so that the defendant may have time to review the Pre-Sentence Report prior to his anticipated fast-track guilty plea. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 13, 2011   By:   /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 13, 2011   By:   /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Moises Carranza-Ambriz

**O R D E R**

**Request Granted.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 13, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE